FILED: May 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1058
(2:13-cv-01142-DCN)

_____

HELEN SINGLETARY; FAMILY ASSISTANCE MANAGEMENT SERVICES

      Plaintiffs - Appellants

v.

BEAZLEY INSURANCE COMPANY, INC.

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 06/06/2014

Opening brief due: 06/06/2014

Response brief due: 07/08/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk